UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANE GUNN,

              Plaintiff,              Case No. 1:10cv591

v.                                    Hon. Robert J. Jonker

THE CITY OF KALAMAZOO, et al.,

              Defendants.
                                       /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 10, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 10, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the defendants' motion to quash (docket #8) is **GRANTED in part**, that the City of Kalamazoo is substituted in for the named defendant "Kalamazoo KVET"; and that defendants' motion to dismiss (docket #14) is **GRANTED**. This matter is **CLOSED**.

                                                          /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE

DATED: February 7, 2011.